UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANKLIN D. RAINES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF FEDERAL HOUSING )<br>ENTERPRISE OVERSIGHT, and )<br>JAMES B. LOCKHART III, )<br>)<br>Defendants. )<br>) | No: 1:07-cv-01202 (RJL) |

and

| | |
|---|---|
| J. TIMOTHY HOWARD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OFFICE OF FEDERAL HOUSING )<br>ENTERPRISE OVERSIGHT, and )<br>JAMES B. LOCKHART III )<br>)<br>Defendants. )<br>) | No. 1:07-cv-01196 (RJL) |

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record: Pursuant to Rule 83.6(a) of the Local Civil Rules of the United States District Court for the District of Columbia please enter the appearance of Douglas N. Greenburg, of Latham & Watkins LLP, as counsel in this case for the Federal National Mortgage Association.

Dated: July 19, 2007                    Respectfully Submitted,

                                               /s/ Douglas N. Greenburg
                                               Douglas N. Greenburg
                                               D.C. Bar No. 449878
                                               LATHAM & WATKINS LLP
                                               555 11th St. NW
                                               Suite 1000
                                               Washington, D.C. 20004-1304
                                               Tel: 202-637-2200
                                               Fax: 202-637-2201
                                               Douglas.Greenburg@lw.com

                                               *Attorney for the Federal National Mortgage Association*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 19th day of July, 2007, I caused the foregoing Notice of Appearance to be filed via the Court's CM/ECF system, which will send notification of the filing to the following:

Steven Mark Salky
ssalky@zuckerman.com

Marcia Tiersky
Marcia.tiersky@usdoj.gov

                                              /s/ Douglas N. Greenburg