UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD,<br><br>               Plaintiff,<br><br>v.<br><br>OFFICE OF FEDERAL HOUSING<br>ENTERPRISE OVERSIGHT, and<br>JAMES B. LOCKHART III, in his official<br>capacity as Director,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-1196 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF J. TIMOTHY HOWARD'S MOTION TO WITHDRAW MOTION
FOR PRELIMINARY INJUNCTION WITHOUT PREJUDICE**

Plaintiff J. Timothy Howard hereby moves the Court to permit him to withdraw without prejudice his pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. No. 3). A proposed Order is attached.


Dated: September 7, 2007

Respectfully submitted,

/s/ Steven M. Salky
Steven M. Salky (D.C. Bar No. 360175)
Eric R. Delinsky (D.C. Bar No. 460958)
Miles Clark (D.C. Bar No. 489338)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036-5802
202-778-1800 (phone)
202-822-8106 (facsimile)

*Counsel for J. Timothy Howard*

1466421.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, <br><br> Plaintiff, <br><br> v. <br><br> OFFICE OF FEDERAL HOUSING ENTERPRISE OVERSIGHT, and JAMES B. LOCKHART III, in his official capacity as Director, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-1196 (RJL) |

## ORDER

Based upon the motion of J. Timothy Howard to withdraw without prejudice his pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order, it is this \_\_\_\_\_ day of September, 2007 hereby

**ORDERED** that Mr. Howard's pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order is withdrawn without prejudice.

_____
Hon. Richard J. Leon
United States District Court Judge

2

1466421.1

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 7th, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ Miles Clark
Miles Clark

1466421.1