**FILED**

SEP 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. TIMOTHY HOWARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1196 (RJL) |
| ) | |
| OFFICE OF FEDERAL HOUSING ) | |
| ENTERPRISE OVERSIGHT, and ) | |
| JAMES B. LOCKHART III, in his official ) | |
| capacity as Director, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based upon the motion of J. Timothy Howard to withdraw without prejudice his pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order, it is this 9th day of September, 2007 hereby

**ORDERED** that Mr. Howard's pending July 2, 2007 Motion for Preliminary Injunction and Temporary Restraining Order is withdrawn without prejudice.

_____
Hon. Richard J. Leon
United States District Court Judge

2

1466421 1