**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| J. TIMOTHY HOWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1196 (RJL) |
| | ) | |
| OFFICE OF FEDERAL HOUSING | ) | |
| ENTERPRISE OVERSIGHT, and | ) | |
| JAMES B. LOCKHART III, in his official | ) | |
| capacity as Director, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

## NOTICE OF DISMISSAL

Plaintiff J. Timothy Howard hereby dismisses with prejudice this action in its entirety

pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.


Dated:  May 29, 2008                    Respectfully submitted,


                                        /s/ Steven M. Salky_____
                                        Steven M. Salky (D.C. Bar No. 360175)
                                        Eric R. Delinsky (D.C. Bar No. 460958)
                                        Miles Clark (D.C. Bar No. 489338)
                                        ZUCKERMAN SPAEDER LLP
                                        1800 M Street, N.W.,  Suite 1000
                                        Washington, DC 20036-5802
                                        202-778-1800 (phone)
                                        202-822-8106 (facsimile)

                                        *Counsel for J. Timothy Howard*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which will send notification of such filing to the counsel of

record in this matter who are registered on the CM/ECF.


/s/ Miles Clark_____
Miles Clark